```
UNITED STATES DISTRICT COURT
   DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| JANET D. MEDINA, | : |
| Plaintiff, | : |
| v. | :  CASE NO. 3:10CV1690 (RNC) |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

## ORDER TO SHOW CAUSE

On October 25, 2010, the plaintiff commenced this action. On March 22, 2011, the court ordered the plaintiff to file her motion to reverse and/or remand and supporting memorandum of law by April 18, 2011. See doc. #10. To date, it has not been filed.

It is hereby **ORDERED** that the plaintiff file her motion by June 13, 2011. Failure to comply with the court's order may result in the imposition of sanctions, including the dismissal of the complaint.

SO ORDERED at Hartford, Connecticut this 1st day of June, 2011.

```
            _____/s/_____
            Donna F. Martinez
            United States Magistrate Judge
```